IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELYSE WILSON,

    Petitioner,

v.

PENNSYLVANIA ATTORNEY GENERAL,
FAYETTE COUNTY DISTRICT
ATTORNEY, and VINCENT TIBERI,

    Respondents.

Civil Action No. 15-1556
Judge Nora Barry Fischer
Chief Magistrate Judge Maureen P. Kelly

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

AND NOW, this 29th day of February, 2016, after Petitioner Elyse Wilson filed an amended complaint in the above-captioned matter, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until February 22, 2016 to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Amended Complaint, ECF No. 5, is DISMISSED. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                                By the Court:

                                /s/Nora Barry Fischer
                                United States District Judge

cc:      Honorable Maureen P. Kelly
         Chief United States Magistrate Judge

         All Counsel of Record Via CM-ECF

         Elyse Wilson
         1268 Decatur Street
         Apartment 104
         Pittsburgh, PA 15233
         (Via Regular mail)